HARRY PERLSTEIN, PLAINTIFF-PETITIONER, v. FLOR-
ENCE C. PEARCE, ET ALS., DEFENDANTS-RESPOND-
ENTS.

*Messrs. Frankel & Frankel* for the petitioner.

*Mr. David A. Veeder* for the respondents.

December 22, 1952.   Granted.

JOHN GUZZI, PLAINTIFF-RESPONDENT, v. JERSEY CEN-
TRAL POWER AND LIGHT COMPANY, DEFENDANT-
PETITIONER.

See same case below: 20 *N. J. Super.* 296.

*Messrs. Autenrieth & Rochester, Mr. Isidor Kalisch* and
*Mr. Harry Lane, Jr.,* for the petitioner.

December 22, 1952.   Granted.